UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LISETTE BORDONADA,

                      Plaintiff,

      -against-

MARTIN J. O'MALLEY, COMMISSIONER OF
SOCIAL SECURITY

                      Defendant.

------------------------------------------------------------X

24-CV-04092 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/2024

**SARAH NETBURN, United States Magistrate Judge**:

      The Social Security Administration's Office of General Counsel and the United States Attorney for the Southern District of New York were notified of the commencement of this action on June 7, 2024. Pursuant to the Standing Order, the Commissioner was required to serve the answer on the plaintiff or make a motion under Fed. R. Civ. P. 12 within 60 days after notice was given. To date, the Commissioner has not made any filing. Accordingly, the Commissioner shall respond by August 14, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 9, 2024
              New York, New York